IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03067-RMR-CYC

Al.B., Am.P., An.P., Ar.A., B.L., B.T.,
E.G., Er.M., F.M., G.A., J.L., J.O., J.S.,
J.T., Ja.A., Je.T., Ji.T., Jo.B., L.N., M.S.,
Rog.E., Rol.P., R.D., R.I., R.P., V.B., and
W.B.,

Plaintiffs,

v.

JACOBS SOLUTIONS INC.,
JACOBS ENGINEERING GROUP INC.,
CH2M HILL COMPANIES, LTD.,
CH2M HILL INTERNATIONAL, LTD., and
CH2M HILL INTERNATIONAL B.V.,

Defendants.

---

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint. ECF No. 48. The motion indicates that the defendants stated in their email correspondence with the plaintiffs that they do not oppose the relief requested. *Id.* at 1 n.1. Pursuant to Fed. R. Civ. P. 15(a)(2), the plaintiffs may amend "with the opposing party's written consent or the court's leave." Here, they have the defendants' written consent.

Accordingly, it is hereby ORDERED that the motion, ECF No. 48, is **GRANTED**. It is further **ORDERED** that the plaintiffs shall file a clean version of their First Amended Complaint on or before April 24, 2026. The defendants shall respond to the First Amended Complaint in accordance with the Federal Rules of Civil Procedure.

That leaves the pending motion to dismiss. ECF No. 25. The filing of an amended complaint moots any motions to dismiss aimed at a now-inoperative pleading. *Kibel v. Williams*, No. 19-CV-00754-PAB-NYW, 2019 WL 2619915, at *1 (D. Colo. May 30, 2019), *recommendation adopted*, 2019 WL 2616548 (D. Colo. June 26, 2019) (citing *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006)). Given this, the court respectfully **RECOMMENDS**[1] that the Motion to Dismiss, ECF No. 25, be **DENIED AS MOOT AND WITHOUT PREJUDICE**.

Respectfully submitted this 20th day of April, 2026, at Denver, Colorado.

BY THE COURT:

Cyrus Y. Chung
United States Magistrate Judge

---

[1] Be advised that all parties shall have fourteen days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676–83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen days after being served with a copy may bar the aggrieved party from appealing the factual findings and legal conclusions of the Magistrate Judge that are accepted or adopted by the District Court. *Duffield v. Jackson*, 545 F.3d 1234, 1237 (10th Cir. 2008) (quoting *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991)). Finally, all parties must consult and comply with the District Judge's practice standards for any specific requirements concerning the filing and briefing of objections.